UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TRAVERSE CITY AUTO PLAZA, INC.,
d/b/a Cherry Capital Automotive,        Case No. 1:07-CV-585
d/b/a Cherry Capital,

    Plaintiff,

                                          Hon. Richard Alan Enslen
v.

CHERRY CAPITAL CARS, INC.,
d/b/a Cherry Capital Used Cars,         **ORDER**

    Defendant.
_____/

      The Court records show that Defendant's Answer in this matter is filed by John D. Egloff, owner of Defendant. Mr. Egloff is not denominated as an attorney representing said corporation. It is the rule of the Sixth Circuit that a corporation may not appear in court through its officers or owners but must be represented by an attorney. *See Doherty v. American Motors Corp.*, 728 F.2d 334, 340 (6th Cir. 1984); *National Ass'n of Credit Mgmt. v. Hubbard Lumber*, 831 F. Supp. 588, 592 (W.D. Mich. 1993).

      **THEREFORE, IT IS HEREBY ORDERED** that Defendant Cherry Capital Cars, Inc. shall, within 28 days from the date of this Order, secure an attorney to file the appropriate Answer in this Court. Failure to do so may result in a default judgment of the matter.

      **IT IS FURTHER ORDERED** that Defendant's defective Answer (Dkt. No. 7) is **STRICKEN** from the record.

DATED in Kalamazoo, MI:         /s/ Richard Alan Enslen
     August 6, 2007             RICHARD ALAN ENSLEN
                                  SENIOR UNITED STATES DISTRICT JUDGE